192 So. 921
**Waymon POUNDERS v. STATE.**
8 Div. 915.

Court of Appeals of Alabama.
Nov. 7, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

193 So. 891
**Isiah POWELL v. STATE.**
3 Div. 819.

Court of Appeals of Alabama.
Jan. 9, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.

193 So. 891
**Jesse POWELL v. STATE.**
7 Div. 493.

Court of Appeals of Alabama.
Jan. 16, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.

190 So. 924
**Vodie POWERS v. STATE.**
8 Div. 854.

Court of Appeals of Alabama.
Aug. 24, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

192 So. 922
**Empie PRIDE v. STATE.**
8 Div. 926.

Court of Appeals of Alabama.
Nov. 7, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

SAMFORD, Judge.
Affirmed.